UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON PAGUE,<br><br>        Plaintiff<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 5:16-cv-00590-GJS<br><br>**JUDGMENT** |

   IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED and this action is DISMISSED WITH PREJUDICE.

DATED: March 07, 2017     _____
                           GAIL J. STANDISH
                           UNITED STATES MAGISTRATE JUDGE